In the Matter of the Claim of WILLIAM F. SCHLENER, Respondent, against THE AMERICAN NEWS COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — employee struck by knife by fellow-employee — injury not arising out of and in course of employment.*

*Schlener* v. *American News Co.*, 210 App. Div. 511, reversed.
(Argued March 31, 1925; decided May 5, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 2, 1924, affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimant, while at work, was asked by a fellow-employee, who had not been working for some days, for a loan. Claimant refused and continued his work whereupon the would-be borrower struck him with a knife causing injuries for which the award herein was granted.

*Barnett Cohen* and *Frank J. O'Neill* for appellants.
*Albert Ottinger, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order of Appellate Division and determination of State Industrial Board reversed and claim dismissed, with costs in all courts on dissenting opinion of VAN KIRK, J., below.
Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.